

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00035-CR

**MATTHEW JOE HERRERA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 18th District Court**
**Somervell County, Texas**
**Trial Court No. 249-01088**

## MEMORANDUM OPINION

A jury found appellant Matthew Joe Herrera guilty of one count of possession of

a controlled substance in an amount greater than four grams but less than 200 grams with

intent to deliver and one count of unlawful possession of a firearm by a felon. *See* TEX.

HEALTH & SAFETY CODE ANN. § 481.112; *see also* TEX. PENAL CODE ANN. § 46.04. The trial

court sentenced Herrera accordingly. Herrera then filed the present appeal. We affirm.

Herrera's appointed appellate counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that she has diligently reviewed the appellate record and that, in her opinion, the appeal is frivolous. *See generally Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record and compliance with other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id.* at 744, 87 S. Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812-13 (Tex. Crim. App. [Panel Op.] 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407-09 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 349-50, 102 L. Ed. 2d (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10, 108 S. Ct. 1895, 1902 n.10, 100 L. Ed. 2d 440 (1988). Although provided the opportunity, Herrera has not filed a response to the motion to withdraw or *Anders* brief. After a review of the entire record in this appeal, we conclude that the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826=28 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's motion to withdraw from representation of Herrera is granted.


STEVE SMITH
Justice

Before Chief Justice Gray,
  Justice Johnson,
  and Justice Smith
Appeal affirmed; motion granted
Opinion delivered and filed December 28, 2023
Do not publish
[CRPM]

